■ ROBERT VOELKER, Plaintiff, and ALBERT BENVENISTY, Intervenor-Respondent, v EMPIRE BLUE CROSS AND BLUE SHIELD, Appellant.—Order, Supreme Court, New York County (Elliott Wilk, J.), entered on December 22, 1989, unanimously affirmed for the reasons stated by Elliott Wilk, J., without costs and without disbursements. Concur—Murphy, P. J., Carro, Asch, Ellerin and Smith, JJ.

■ PIONEER SPECIALTIES WOODWORKING, INC., Respondent-Appellant, v EDWARD COHEN et al., Appellants-Respondents, et al., Defendants. (And Third- and Fourth-Party Actions.) LAWRENCE A. HOROWITZ, Respondent-Appellant, v EDWARD COHEN et al., Appellants-Respondents, and CONSTRUCTION ARTISANS, INC., Respondent, et al., Defendants. (And a Third-Party Action.)—Order, Supreme Court, New York County (Martin Stecher, J.), entered on April 24, 1989, unanimously affirmed for the reasons stated by Martin Stecher, J., without costs and without disbursements. Concur—Sullivan, J. P., Rosenberger, Asch and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NELLIE TAMAYO, Appellant.—Judgment, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on February 17, 1989, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. *(See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Ross, J. P., Milonas, Rosenberger, Kassal and Rubin, JJ.